THOMAS A. BRILL, ESQ., SBN 125356
ANTHONY J. PALIK, ESQ., SBN 190971
LAW OFFICES OF SAYRE & CHAVEZ
926 J Street, Suite 201
Sacramento, CA 95814
(916) 325-1188

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SENOBIO CORTEZ, in his individual capacity and as the duly appointed representative of the Estate of Laura Cortez Perez and AGUSTINA PEREZ de CORTEZ, an individual<br><br>                    Plaintiffs,<br>vs.<br><br>JAMES FULLER, M.D., SUTTER AUBURN FAITH HOSPITAL, and DOES 1-50,<br><br>                    Defendants. | **CASE:  CIV.S03-2632 WBS**<br><br>**AMENDED [PROPOSED] ORDER TO EXTEND TIME TO FILE PRE-TRIAL STATEMENT**<br><br><br>**Trial Date: August 2, 2005** |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Ex Parte application to Extend Time to File Pre-Trial Statement in this matter is GRANTED.

IT IS HEREBY FURTHER ORDERED THAT plaintiffs file a Pre-Trial Statement on June 1, 2005.

Dated: May 31, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE