THOMAS J. DOYLE, Bar No. 114485
SCHUERING ZIMMERMAN SCULLY & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
(916) 567-0400
FAX: 568-0400

Attorneys for Defendant JAMES FULLER, M.D.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SENOBIO CORTEZ, in his individual capacity and as the duly appointed representative of the Estate of Laura Cortez Perez and AGUSTINA PEREZ de CORTEZ, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JAMES FULLER, M.D., SUTTER AUBURN FAITH HOSPITAL, AND DOES 1-50,<br><br>　　　　　　Defendants.<br>_____ | NO. CIV.S-03-2632 WBS DAD<br><br>STIPULATION AND ORDER FOR DISMISSAL |

**IT IS HEREBY STIPULATED** between the parties to the above-entitled action, through their undersigned respective counsel of record, that the above-entitled action may be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41, each party to bear their own costs and attorney's fees.

DATED: _____                         SAYRE & CHAVEZ


                                            By: _____
                                                Anthony J. Palik
                                                Attorneys for Plaintiffs

///

DATED: _____

                                                  SCHUERING, ZIMMERMAN,
                                                  SCULLY & DOYLE, LLP


                                          By: _____
                                                Thomas J. Doyle
                                                Attorney for Defendant

## ORDER

The Stipulation of counsel having been considered and approved, dismissal with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41, is hereby ordered.

DATED: September 9, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE